IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIZAMETTIN YILDIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:25-CV-2749-D |
| VS. | § | |
| | § | |
| JOSEPH B. EDLOW, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff filed this case on October 9, 2025. On October 12, 2024 plaintiff filed a proof of service using AO Form 440 (ECF No. 6) that shows that plaintiff, himself, made the service. This is not permitted under Fed. R. Civ. P. 4(c)(2) ("Any person who is at least 18 years old *and not a party* may serve a summons and complaint." (emphasis added)). Accordingly, despite the return of service docketed at ECF No. 6, defendants in this case have not been properly served.

Pursuant to Rule 4(m), the court orders that plaintiff demonstrate good cause, in accordance with Rules 4(m) and 6(b), for failing to effect service. This must be done by filing a written response with the clerk of court no later than February 17, 2026. If the court does not receive the required response on or before the response date, or if the response received by the court fails to demonstrate good cause, the court will dismiss this action, without prejudice, by authority of Rule 4(m).

**SO ORDERED**.

February 2, 2026

SIDNEY A. FITZWATER
SENIOR JUDGE