IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIZAMETTIN YILDIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-2749-D |
| | § | |
| JOSEPH B EDLOW et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On February 2, 2026 the court ordered that plaintiff demonstrate good cause, pursuant to Fed. R. Civ. P. 4(m) and 6(b), for failing to effect service. The deadline for doing so was February 17, 2026.

Although the docket indicates that, after the court entered its February 2, 2026 order, plaintiff requested that the clerk of court issue summonses, which the clerk did on February 13, 2026, plaintiff has not complied with the February 2, 2026 order by making the required showing of good cause, and there is still no indication in the record that plaintiff has effected service.

Because plaintiff has failed to comply with the court's order, this action is dismissed without prejudice by judgment filed today.

**SO ORDERED**.

April 9, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE